■ HARRIET BEIZER, Appellant, v JOHN M. IOANNOU et al., Respondents. [889 NYS2d 461]—

While actions under CCA 1812 should be brought in Civil Court where, as here, each of the constituent Small Claims judgments is for less than $25,000 inclusive of interest, costs and disbursements, and thus within Civil Court's monetary jurisdiction (*see* CCA 211), it does not follow that if such an action is brought in Supreme Court it should be dismissed. Rather the availability of complete relief in Civil Court warrants a transfer of the action to that court (*see 91st St. Co. v Robinson*, 242 AD2d 502 [1997]; *see also* NY Const, art VI, § 7 [b]; § 19 [a]). Like Supreme Court, we have not considered the merits of plaintiff's motion for summary judgment. Concur—Friedman, J.P., Sweeny, Freedman and Abdus-Salaam, JJ.